**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: September 17, 2026
Docket #: 25-2204
Short Title: East Coast Advanced Plastic Surgery, LLC v. Cigna Health and Life Insurance Company

DC Docket #: 1:25-cv-255
DC Court: SDNY (NEW YORK CITY)
DC Judge: Paul A. Engelmayer

## BILL OF COSTS INSTRUCTIONS

The requirements for filing a bill of costs are set forth in FRAP 39. A form for filing a bill of costs is on the Court's website.

The bill of costs must:
* be filed within 14 days after the entry of judgment;
* be verified;
* be served on all adversaries;
* not include charges for postage, delivery, service, overtime and the filers edits;
* identify the number of copies which comprise the printer's unit;
* include the printer's bills, which must state the minimum charge per printer's unit for a page, a cover, foot lines by the line, and an index and table of cases by the page;
* state only the number of necessary copies inserted in enclosed form;
* state actual costs at rates not higher than those generally charged for printing services in New York, New York; excessive charges are subject to reduction;
* be filed electronically or if counsel is exempted with the original and two copies.

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: September 17, 2026
Docket #: 25-2204
Short Title: East Coast Advanced Plastic Surgery, LLC v. Cigna Health and Life Insurance Company

DC Docket #: 1:25-cv-255
DC Court: SDNY (NEW YORK CITY)
DC Judge: Paul A. Engelmayer

**VERIFIED ITEMIZED BILL OF COSTS**

Counsel for

______________________________________________________________________

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the

______________________________________________________________

and in favor of

______________________________________________________________________

for insertion in the mandate.

Docketing Fee ______________________

Costs of printing appendix (necessary copies _______________ ) ______________________

Costs of printing brief (necessary copies _______________ ____) ______________________

Costs of printing reply brief (necessary copies _______________ ) ______________________

**(VERIFICATION HERE)**

__________________________
Signature