# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-six.

Before: Pierre N. Leval,
Michael H. Park,
*Circuit Judges*,
Jed S. Rakoff,
*District Judge.**

---

East Coast Advanced Plastic Surgery, LLC,
Marcella Livolsi,

Plaintiffs - Appellants,

v.

Cigna Health and Life Insurance Company,
Connecticut General Life Insurance Company,
MultiPlan, Inc.,

Defendants - Appellees.

---

**JUDGMENT**

Docket No. 25-2204

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's grant of the motion to dismiss is AFFIRMED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

---

*Judge Jed S. Rakoff of the United States District Court for the Southern District of New York, sitting by designation.